IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOVELL BULLOCK,

    Plaintiff,

v.

LORRAINE KENTER, BPT Supervisor, Sacramento, California; M. C. KRAMER, Warden, Folsom State Prison; C. LARGENT, CC2, Folsom State Prison; and S. LOPEZ, CCI, Folsom State Prison,

    Defendants.

No. C 09-3125 WHA (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Folsom State Prison and in Sacramento, California, both of which lies within the venue of the United States District Court for the Eastern District of California. Defendants, who are prison employees and a supervisor in Sacramento, appear to reside in that district as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis and plaintiff may disregard the clerk's notice regarding it..

**IT IS SO ORDERED.**

Dated: July  16 , 2009.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1  G:\PRO-SE\WHA\CR.09\BULLOCK3125.wpd